# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cannon Equipment Company,

        Plaintiff.　　　　　　　　　　Civil 08-2391 (PAM/AJB)

v.

　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

Les Troisi

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January  25 , 2011

                                                            *s/Paul A. Magnuson*
                                                          Paul A. Magnuson, Judge
                                                          United States District Court